MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: KELLUM, WILLIAM R

Chapter 7 Case No. 09-32863-DDO

Please Check One:

[ X ]   Unclaimed Dividends

[   ]   Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CHASE STUDENT LOAN SERVICING AGENT FOR COLLEGIATE FUNDING PO BOX 523 MADISON, WI 39130 | 7 | 31,798.50 | 449.85 |

Date: October 5, 2010

Michael J Iannacone, TRUSTEE

RECEIVED 10 OCT -6 AM 11:53 U.S. BANKRUPTCY COURT ST. PAUL, MN

Rec # 2824